# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Continental Resources, Inc., | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| C&D Oilfield Services, Inc., | ) | Case No. 1:13-cv-154 |
| Defendant. | ) | |

On January 29, 2014, the parties filed a "Joint Motion for Extension of Time." The court **GRANTS** the parties' motion (Docket No. 23). The pretrial deadlines shall be amended as follows:

1. The parties shall have until to April 22, 2015, to complete fact discovery and file discovery motions;

2. The parties shall have until April 29, 2015, to complete discovery depositions of expert witnesses; and

3. The parties shall have until May 20, 2015, to file dispositive motions.

The final pretrial conference currently scheduled for April 28, 2015, shall be rescheduled for October 19, 2015, at 1:30 p.m. by telephone before the undersigned. The jury trial scheduled for May 11, 2015, shall be rescheduled for November 2, 2015, at 9:30 a.m. in Bismarck before Judge Hovland. A five (5) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 30th day of January , 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court