# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Continental Resources, Inc., | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| C&D Oilfield Services, Inc., | ) | Case No. 1:13-cv-154 |
| | ) | |
| Defendant. | ) | |

On March 25, 2015, the court held a status conference with the parties to address a dispute that has arisen over a number of defendant's requests for production of documents. Pursuant to its discussion with the parties, the court authorizes defendant to file a Motion to Compel.

**IT IS SO ORDERED.**

Dated this 25th day of March, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court