**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Continental Resources, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| C&D Oilfield Services, Inc., | ) | Case No. 1:13-cv-154 |
| | ) | |
| Defendant. | ) | |

The following are cancelled with the understanding that they may be rescheduled at a future date: (1) the final pretrial conference set for October 19, 2015, at 1:30 p.m. before the undersigned; (2) the settlement conference set for October 20, 2015, at 9:00 a.m. before the undersigned; and (3) the trial set for November 2, 2015, at 9:30 a.m. before Judge Hovland.

**IT IS SO ORDERED.**

Dated this 15th day of October, 2015.

                                                                */s/ Charles S. Miller, Jr.*
                                                                Charles S. Miller, Jr., Magistrate Judge
                                                                United States District Court